**Date Signed:**
**October 31, 2025**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAIʻI

---

In re

KULANA HALE LLC

        Debtor and
        Debtor-in-Possession

---

Bk. No. 25-00978
(Chapter 11)

ORDER GRANTING STIPULATION TO MODIFY AUTOMATIC STAY TO PERMIT CONTINUATION OF STATE COURT LITIGATION; EXHIBIT "A".

[Related to dkt. # 44 ]

ORDER GRANTING STIPULATION TO MODIFY AUTOMATIC STAY TO PERMIT CONTINUATION OF STATE COURT LITIGATION.

Upon consideration of the Stipulation Modifying Automatic Stay to Permit Continuation of State Court Litigation [Dkt. 44 ] ("Stipulation"), attached hereto as Exhibit "A," filed by Defendants in 1CCV-20-0000702: PUMEHANA HUI, LP; FRANCO J. MOLA, RENEE E. MOLA, DENNIS W. MAHONEY, ASSOCIATION OF UNIT OWNERS OF OHANA HALE, and Intervenor MJF DEVELOPMENT CORPORATION and Plaintiffs in 1CCV-22-0000859: FRANCO J. MOLA, RENEE E. MOLA, DENNIS W. MAHONEY, AS TRUSTEE OF DECLARATION OF REVOCABLE TRUST OF DENNIS W. MAHONEY DATED

NOVEMBER 14, 2004, ASSOCIATION OF UNIT OWNERS OF OHANA HALE, AND MJF DEVELOPMENT CORPORATION and Debtor KULANA HALE LLC, and the Court having reviewed and considered the Stipulation, after finding good cause therefore, has decided to approve the Stipulation. It is therefore

ORDERED that, the Stipulation attached as Exhibit "A" is hereby APPROVED.

END OF ORDER.

Submitted by:

MEHEULA LAW, LLLC
A Limited Liability Law Company

WILLIAM MEHEULA            2277-0
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-9554
Facsimile No.: (808) 599-9610
Email: bill@meheulalaw.com

Attorney for Defendants
PUMEHANA HUI, LP; FRANCO J. MOLA,
RENEE E. MOLA, DENNIS W. MAHONEY,
ASSOCIATION OF UNIT OWNERS OF OHANA HALE,
and Intervenor MJF DEVELOPMENT CORPORATION
in CIVIL NO. 1CCV-20-0000702
         and
Attorney for Plaintiffs
FRANCO J. MOLA,
MJF DEVELOPMENT CORPORATION,
DENNIS W. MAHONEY, AS TRUSTEE
OF DECLARATION OF REVOCABLE
TRUST OF DENNIS W. MAHONEY DATED
NOVEMBER 14, 2004 and
RENEE E. MOLA in CIVIL NO. 1CCV-22-0000859

# EXHIBIT "A"

MEHEULA LAW, LLLC
A Limited Liability Law Company

WILLIAM MEHEULA   2277-0
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-9554
Facsimile No.: (808) 599-9610
Email: bill@meheulalaw.com

Attorney for PUMEHANA HUI, LP,
FRANCO J. MOLA, RENEE E. MOLA,
DENNIS W. MAHONEY, AS TRUSTEE
OF DECLARATION OF REVOCABLE
TRUST OF DENNIS W. MAHONEY DATED
NOVEMBER 14, 2004, ASSOCIATION OF UNIT
OWNERS OF OHANA HALE, AND
MJF DEVELOPMENT CORPORATION

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In re<br><br>KULANA HALE LLC<br><br>           Debtor. | Bankruptcy Case No. 25-00978<br>(Chapter 11)<br><br>STIPULATION MODIFYING AUTOMATIC STAY TO PERMIT CONTINUATION OF STATE COURT LITIGATION. |

STIPULATION MODIFYING AUTOMATIC STAY TO PERMIT
CONTINUATION OF STATE COURT LITIGATION.

Stipulation by and among Kulana Hale LLC ("**Debtor**") the debtor and debtor in

1

possession in the captioned case; Yang Suh; Green Lane Capital LLC; Buon Viaggio LLC; Dennis W. Mahoney, as Trustee of the Declaration of Revocable Trust of Dennis W. Mahoney Dated November 14, 2004; Dennis Mahoney, Franco J. Mola; Renee E. Mola; and MJF Development Corporation, parties in CIVIL NO. 1CCV-20-0000702 (KLH) and CIVIL NO. 1CCV-22-0000859 (KLH) in the Circuit Court of the First Circuit, State of Hawaii ("**Hawaii Cases**").

## WHEREAS:

A.  On September 12, 2025 (the "**Petition Date**") Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

B.  Prior to the Petition Date, Debtor was a party to the Hawaii Cases consisting of two actions which have been consolidated in Circuit Court of the First Circuit, State of Hawai'i with the following captions:

Action 1 -CIVIL NO. lCCV-20-0000702

BUON VIAGGIO LLC, Plaintiff,
vs.
PUMEHANA HUI, LP; FRANCO J. MOLA; RENEE E. MOLA; YANG SUH; DENNIS W. MAHONEY; DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 2-50; and DOE GOVERNMENTAL UNITS 2-50,
Defendants.
and ASSOCIATION OF UNIT OWNERS OF OHANA HALE, Identified Doe Entity 1, and
HAWAII HOUSING FINANCE AND DEVELOPMENT CORPORATION, Identified Doe
Governmental Unit 1, and

MJF DEVELOPMENT CORPORATION, Intervenor.

Action 2 – CIVIL NO. lCCV-22-0000859

FRANCO J. MOLA; MJF DEVELOPMENT CORPORATION; DENNIS W. MAHONEY, AS TRUSTEE OF THE DECLARATION OF REVOCABLE TRUST OF DENNIS W. MAHONEY DATED NOVEMBER 14, 2004; and RENEE E. MOLA,
Plaintiffs, vs.
YANG SUH; GREENE LANE CAPITAL LLC; BUON VIAGGIO LLC; JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20; DOE ASSOCIATIONS 1-5; DOE GOVERNMENTAL ENTITIES 1-5; DOE TRUSTS 1-10; and DOE ENTITIES 1-10,
Defendants.

C.    Green Lane Capital LLC was the former name of Debtor and as such the claims against Debtor in Action 2 are stayed by the automatic stay of Bankruptcy Code §362.

D.    The Hawaii Cases are ready for trial, and a trial is scheduled for December. All principal parties wish to move forward with the Hawaii Cases before the Court in Hawaii.

E.    On 10/29/25, the Judge in the Hawaii Cases entered a Minute Order [Dkt 865] that states: the Hawaii Cases "shall remain stayed under 11 USC § 362(a) unless and until an order from the United States Bankruptcy Court for the District of Hawai'i has been filed modifying or otherwise allowing relief from the automatic stay allowing this case to proceed. All hearings currently scheduled have been taken off the calendar."

F.  Because all parties believe it will be most efficient and beneficial if the Hawaii Cases proceed forward immediately, they request that this Court So Order this stipulation providing for a modification of the automatic stay.

Now, therefore, the parties hereto hereby stipulate and agree as follows:

1. The automatic stay of Bankruptcy Code §362(a) is modified to permit the continuation of the Hawaii Cases through trial and any appeals.

2. Notwithstanding the above, no party shall have a right to enforce any judgment against Debtor absent further order of this Court. This exception to enforcement shall not apply to any judgment against any co-defendant of Debtor.

DATED: Honolulu, Hawaiʻi October 30, 2025.

STIPULATED AND AGREED:


/s/ Lewis A. Siegel , /s/Lars Peterson
LEWIS A. SIEGEL, ESQ. (Lead Counsel)
LARS PETERSON, ESQ. (Local Counsel)

Attorneys for Debtor KULANA HALE LLC



/s/Bosko Petricevic_____
BOSKO PETRICEVIC, ESQ.

Attorney for YANG SUH; GREENE LANE CAPITAL LLC; and KULANA HALE LLC in Hawaii Cases

4

/s/Alex A. Edrenkin
ALEX A. EDRENKIN, ESQ.

Attorney for BUON VIAGGIO LLC in Hawaii Cases

/s/ William Meheula
WILLIAM MEHEULA, ESQ.

Attorney for PUMEHANA HUI, LP, FRANCO J. MOLA, RENEE E. MOLA, DENNIS W. MAHONEY, AS TRUSTEE OF DECLARATION OF REVOCABLE TRUST OF DENNIS W. MAHONEY DATED NOVEMBER 14, 2004, ASSOCIATION OF UNIT OWNERS OF OHANA HALE, AND MJF DEVELOPMENT CORPORATION in Hawaii Cases