CARLSMITH BALL LLP

| TOM E. ROESSER | 3241 |
| JOHN P. MANAUT | 3989 |

ASB Tower, Suite 2100
1001 Bishop Street
Honolulu, HI  96813
Phone:  (808) 523-2500
Fax:  (808) 523-0842
troesser@carlsmith.com
JPM@carlsmith.com

Counsel for DENNIS W. MAHONEY,
INDIVIDUALLY AND AS TRUSTEE OF
THE DENNIS W. MAHONEY REVOCABLE TRUST,
AND DM KULANA HALE HOLDINGS LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re: | Case No. 25-00978 (PB) |
| | Chapter 11 |
| KULANA HALE, LLC, | |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby enter

their appearance as counsel for DENNIS W. MAHONEY, INDIVIDUALLY

AND AS TRUSTEE OF THE DENNIS W. MAHONEY REVOCABLE TRUST,

AND DM KULANA HALE HOLDINGS LLC and, pursuant to Bankruptcy Rules 2002 and 9010, request that all notices given or required to be given and all papers served or required to be served, in this case be given and served to:

> TOM E. ROESSER, ESQ.
> JOHN P. MANAUT, ESQ.
> Carlsmith Ball LLP
> ASB Tower, Suite 2100
> 1001 Bishop Street
> Honolulu, HI 96813
> Tel No. 808.523.2500
> Fax No. 808.523.0842
> troesser@carlsmith.com
> JPM@carlsmith.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, with respect to (a) the Debtor, (b) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act, delivery of

any property, payment or other conduct by the undersigned.

DATED: Honolulu, Hawaiʻi, October 31, 2025.

/s/ *John P. Manaut*
TOM E. ROESSER
JOHN P. MANAUT
CARLSMITH BALL LLP